|  | AUSA: | Jason Dorval Norwood | Telephone: (313) 226-9587 |
|---|---|---|---|
| AO 91 (Rev. 11/11) Criminal Complaint | Special Agent: | Jay V. Ratermann | Telephone: (313) 580-2184 |

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Michigan

United States of America

v.

Deborah Lynn Beaudoin

Case No. 25-30748

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___March 2018 through October 2023___ in the county of ___Wayne___ in the ___Eastern___ District of ___Michigan___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1343 | Wire fraud |

This criminal complaint is based on these facts:
see attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Jay V. Ratermann, Special Agent (HSI)
Printed name and title

Sworn to before me and signed in my presence and/or by reliable electronic means.

Date: ___December 10, 2025___

_____
Judge's signature

City and state: ___Detroit, Michigan___

___Hon. Anthony P. Patti, United States Magistrate Judge___
Printed name and title

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Jay V. Ratermann, Special Agent with Homeland Security Investigations ("HSI"), being first duly sworn, on oath, hereby depose and state as follows:

### *Introduction and Agent Background*

1. I make this affidavit in support of a criminal complaint charging DEBORAH BEAUDOIN with wire fraud, in violation of Title 18, United States Code, Section 1343.

2. I am employed as a Special Agent ("SA") with HSI. I have served in this capacity with HSI and its predecessor agency, the United States Customs Service Office of Investigations since 2001. I am currently assigned to the HSI Detroit Metropolitan Airport group, where I served from 2008 until 2017, and have since returned to in 2025. Prior to my current assignment to the Detroit Metropolitan Airport group, I was assigned to the Financial Investigations group at HSI Detroit from 2002 until 2008, and again from 2020 until 2025. I was assigned to the Cybercrimes group from 2017 until 2020. During my tenure as a Special Agent with HSI and its predecessor agency, my duties have been to investigate a wide range of criminal activity including, but not limited to financial crimes (including bank fraud, wire fraud, money laundering, fraud conspiracy, and identity theft), drug trafficking, gun trafficking and smuggling, customs fraud, child exploitation, and other violations of law.

1

3. During my employment with HSI and its predecessor agency, I have participated in numerous financial investigations involving the violation of United States federal law, including, but not limited to Title 18, United States Code, Section 1349 (Conspiracy to Commit Wire Fraud and/or Bank Fraud), Title 18, United States Code, Section 1344 (Bank Fraud), Title 18, United States Code, Section 1343 (Wire Fraud), Title 18, United States Code, Sections 1956 and 1957 (Money Laundering), and Title 18, United States Code, Sections 1028 and 1028A (Identity Theft and Aggravated Identity Theft).

4. I am presently involved in overt and covert financial investigations. As part of the financial investigations, I am familiar with and have participated in the normal methods of investigation, including but not limited to the review and analysis voluminous financial records, undercover operations, visual and video surveillance, questioning of witnesses and financial victims, use of financial subpoenas, use of search and arrest warrants, electronic intercepts, and management and use of informants.

5. During my employment with HSI and its predecessor agency, I have received specialized training for various financial crimes and money laundering. I currently work in conjunction with other federal, state, and local law enforcement agencies investigating financial crimes throughout the United States and abroad. As such, I am a "federal law enforcement officer," within

2

the meaning of Federal Rule of Criminal Procedure 41(a)(2)(c), that is, an officer of the United States who is empowered by law to conduct investigations of and to make arrests for federal criminal offenses and make requests for warrants.

6. This affidavit is made for the purpose of establishing probable cause for a criminal complaint against DEBORAH BEAUDOIN for the crime of wire fraud, as set forth below, and does not include all of my knowledge on this matter.  The following factual information is based on my personal knowledge, the knowledge of HSI agents and Task Force Officers, Van Buren Township (MI) Police Officers, written reports and information received from other law enforcement agencies.

*Probable Cause*

7. On September 4, 2023, the Van Buren Township Police Department ("Van Buren PD") requested HSI support for an ongoing criminal investigation involving alleged fraud at the small business, Rose Moving and Storage ("RMS").  RMA alleged that former Financial Controller, DEBORAH BEAUDOIN, misappropriated over $215,000 from RMS by ordering company debit cards, transferring business funds to the cards, and then transferring the

3

business funds to her personal accounts.  HSI agreed to adopt the investigation and conducted its own analysis.

8. On October 5, 2023, Affiant interviewed the chief financial officer ("CFO") of the parent company of RMS.  The CFO explained that RMS is a moving company that contracts with owner-operated truck drivers.  He further explained the drivers utilize their own vehicles and pay their moving crews to service RMS customers.  However, the truck drivers typically do not have the financial capital to front their costs.  Consequently, RMS would "front" the truck drivers approximately $4,000 to $5,000 to cover initial expenses including gas and the payment of the moving crew.  RMS employees, including BEAUDOIN, would order the company debit cards issued in the name of the respective driver, load them with company funds, and provide them to the truck drivers to pay their initial costs and complete the moving assignments.  Once the job was complete, the amount "fronted" by RMS would be deducted from the final payment to the truck drivers.

9. Through interviews, grand jury subpoenas, bank records, and ATM video snapshots, law enforcement discovered that BEAUDOIN devised a scheme to misappropriate these funds.  BEAUDOIN ordered and obtained unauthorized company debit cards from the company's provider, typically using names that contained different iterations of the company name, including "R. Rose

4

Moving," "R. Storage," "R. Rose Moving ST," and several others. After opening these accounts, BEAUDOIN would use company monies to fund them, in amounts ranging from just over $1,000 to as much as $3,000. BEAUDOIN then loaded the funds onto debit cards linked to these accounts and subsequently withdrew the funds in cash using ATMs at different banks. After withdrawing the funds, BEAUDOIN deposited substantial sums of cash into her personal accounts.

10. To legitimize the costs, BEAUDOIN created fictitious entries on company ledgers for expenses such as "repairs," and would allocate the monies she had appropriated from the company to these fictitious expenses.

11. HSI gathered evidence of BEAUDOIN's scheme spanning from 2017 through 2023. During the time above, BEAUDOIN obtained over 60 fraudulent company debit cards. In her capacity as head of the financial department, BEAUDOIN was able to create the unauthorized cards on the company's account and load the funds onto the unauthorized cards. After the cards were loaded with funds and mailed by the provider to the company, BEAUDOIN intercepted the unauthorized cards, withdrew the money and then deposited cash into her personal bank account. The chart below tracks the withdrawal of funds from various debit cards BEAUDOIN funded with company money, most of which, BEAUDOIN later deposited into her personal account.

5

| Card | Full # | Name | FINAL#USED |
|---|---|---|---|
| 634 | 5567362210570630 | R. ROSE MOVING | $7,096.00 |
| 678 | 5567362210540670 | R. ROSE MOVING | $3,309.00 |
| 781 | 5567362213890780 | R. STORAGE | $10,037.78 |
| 1252 | 5567362214291250 | R. MOVING | $11,795.29 |
| 1439 | 5567362214251430 | R. ROSE MOVING ST | $6,537.48 |
| 1450 | 5567362210561450 | R ROSE MOVING | $8,112.00 |
| 1738 | 5567362214311730 | R AND STORAGE | $13,961.21 |
| | | | |
| 1963 | 5567362210561960 | R ROSE MOVING | $3,042.50 |
| 1964 | 5567362210551960 | R ROSE MOVING | $3,040.50 |
| 2093 | 5567362210572090 | R ROSE MOVING ST | $4,054.50 |
| 2276 | 5567362210562270 | R ROSE MOVING | $6,987.00 |
| 2767 | 5600171685942760 | M BAKER | $82,931.00 |
| 2999 | 5567362213912990 | R STORAGE | $7,098.00 |
| 3326 | 5567362210543320 | R ROSE MOVING | $4,565.50 |
| 3553 | 5567362104243550 | R ROSE MOVING | $3,040.50 |
| 3887 | 5567362210553880 | R ROSE MOVING | $6,129.36 |
| 3894 | 5567362214293890 | R ROSE MOVING ST | $8,616.00 |
| 4219 | 5567362214254210 | R AND STORAGE | $12,550.26 |
| 4301 | 5567362213904300 | R STORAGE | $7,070.98 |
| 4496 | 5567362214294490 | R AND STORAGE | $9,777.05 |
| 4625 | 5567362214314620 | R AND STORAGE | $6,959.10 |
| 4703 | 5567362212794700 | R STORAGE | $9,924.81 |

| 4911 | 5567362214264910 | R STORAGE | $10,583.24 |
|---|---|---|---|
| 5169 | 5567362214305160 | R AND STORAGE | $12,201.00 |
| 5321 | 5567362210545321 | R ROSE MOVING | $4,170.07 |
| 5321 | 5567362210545321 | R ROSE MOVING | $4,864.79 |
| 5549 | 5567362214315540 | R AND STORAGE | $12,304.56 |
| 6038 | 5567362210566030 | R ROSE MOVING | $3,470.50 |
| 6512 | 5567362214326510 | R ROSE MOVING ST | $10,356.12 |
| 7103 | 5567362210547100 | R ROSE MOVING | $5,135.50 |
| 7469 | 5567362101137460 | R AND STORAGE | $3,957.00 |
| 7477 | 5567362101137470 | R AND STORAGE | $4,587.50 |
| 7485 | 5567362101137480 | R AND STORAGE | $1,519.22 |
| 7485 | 5567362101137480 | R AND STORAGE | $4,970.28 |
| 7493 | 5567362101137490 | R AND STORAGE | $4,768.81 |
| 7501 | 5567362101137500 | R AND STORAGE | $4,987.71 |
| 7519 | 5567362101137510 | R AND STORAGE | $1,895.17 |
| 7527 | 5567362101137520 | R AND STORAGE | $2,533.50 |
| 7535 | 5567362101137530 | R AND STORAGE | $2,233.00 |
| 7543 | 5567362101137540 | R AND STORAGE | $2,983.00 |
| 7550 | 5567362101137550 | R AND STORAGE | $3,040.00 |
| 7568 | 5567362101137560 | R AND STORAGE | $5,210.50 |
| 7576 | 5567362101137570 | R AND STORAGE | $5,210.50 |
| 7584 | 5567362101137580 | R AND STORAGE | $5,100.50 |
| 7592 | 5567362101137590 | R AND STORAGE | $3,100.50 |
| 7600 | 5567362101137600 | R AND STORAGE | $6,000.50 |
| 7618 | 5567362101137610 | R AND STORAGE | $5,000.50 |

| 7626 | 5567362101137620 | R AND STORAGE | $2,500.50 |
|---|---|---|---|
| 7634 | 5567362101137630 | R AND STORAGE | $4,000.50 |
| 7642 | 5567362101137640 | R AND STORAGE | $2,600.50 |
| 7659 | 5567362101137650 | R AND STORAGE | $3,000.50 |
| 7675 | 5567362101137670 | R AND STORAGE | $8,001.00 |
| 7683 | 5567362101137680 | R AND STORAGE | $2,100.50 |
| 7741 | 5567362101137740 | R AND STORAGE | $87,074.35 |
| 7758 | 5567362213917750 | R STORAGE | $12,083.50 |
| 7758 | 5567362101137750 | R AND STORAGE | $2,816.12 |
| 8284 | 5567362210538280 | R ROSE MOVING | $5,551.50 |
| 8433 | 5567362210538430 | R ROSE MOVING | $7,095.50 |
| 8578 | 5567362119688570 | R ROSE MOVING | $4,562.00 |
| 8945 | 5567362210548940 | R ROSE MOVING | $5,258.50 |
| 9012 | 5567362214319010 | R ROSE MOVING ST | $10,866.23 |
| 9321 | 5567362210569320 | R ROSE MOVING | $3,998.00 |
| 9323 | 5567362210549320 | R ROSE MOVING | $4,887.50 |
| 9356 | 5567362214279350 | R ROSE MOVING ST | $6,083.50 |
| 9741 | 5567362103749740 | R ROSE MOVING | $3,192.00 |
| 9826 | 5567362210569820 | R ROSE MOVING | $1,485.00 |
| 9893 | 5567362210549890 | R ROSE MOVING | $2,437.00 |
| 9933 | 5567362210569930 | R ROSE MOVING | $5,096.00 |
| Total | | | $598,412.29 |

12. Through its investigation, HSI determined the transactions on the fraudulent debit cards were conducted at a variety of financial institutions, including Huntington Bank.  Through Huntington Bank's imagery from security cameras for their ATMs, law enforcement was able to identify BEAUDOIN for (55) withdrawals while utilizing (24) of the company debit cards. The period of these cash withdrawals spanned from 2021 through 2023 (ATM withdrawals total: $25,284).





9

13. BEAUDOIN's use of Huntington Bank ATM machines to withdraw the funds she had misappropriated from the business caused the transmission of wire communications in interstate commerce. These communications included writings, signs, signals, pictures, and sounds for the purpose of executing the scheme.

### Conclusion

14. Based on the foregoing information, Affiant believes probable cause exists for a criminal complaint for DEBORAH BEAUDOIN for wire fraud, in violation of Title 18, United States Code, Section 1343.

I declare under the penalty of perjury that the above facts and circumstances are true and correct to the best of my knowledge and belief.

Respectfully submitted,

Jay V. Ratermann
Special Agent
Homeland Security Investigations

Sworn to before me and signed in my
presence and/or by reliable electronic means.

Hon. Anthony P. Patti
United States Magistrate Judge
December 10, 2025

11